IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILIP BAGLEY,

    Plaintiff,

v.                                                4:12cv611-WS

KENNETH S. TUCKER, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 25) docketed February 25, 2013.  Among other things, the magistrate judge recommends that the defendants' motion to dismiss this case be denied.  The plaintiff has filed objections (doc. 31) to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 25) is ADOPTED and incorporated by reference into this order.

    2.  The defendants' motion to dismiss (doc. 11) is GRANTED as to the claims against Defendants Tucker and Sanchez.

    3.  The defendants' motion to sever (doc. 11) is GRANTED.  The plaintiff shall have thirty days from today's date to file an amended complaint, on court forms

provided to him by the Clerk's Office, limited to the one issue he desires to pursue.

    4. The defendants' motion (doc. 11) for an award of costs in the amount of $366.80 is GRANTED. The plaintiff shall pay those costs in the same manner as provided for in the payment of filing fees pursuant to § 1915.

    5. The defendants' motion to dismiss (doc. 11) for failure to disclose prior litigation is DENIED.

    6. The defendants' motion to stay (doc. 11) pending payment of costs is DENIED.

    7. The plaintiff's motion (doc. 9) for preliminary injunction is DENIED.

    8. The case shall be REMANDED to the magistrate judge for further proceedings.

    DONE AND ORDERED this   7th   day of   May  , 2013.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE