IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP BAGLEY,

      Plaintiff,

v.                                                                                    4:12cv611-WS

CAPT. S. HERRING,
C.O. J. DOWNUM, and
C.O. A. MURPHY,

      Defendants

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## SECOND REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's second report and recommendation

(doc. 51) docketed November 22, 2013.  The magistrate judge recommends that the

defendants' second motion (doc. 45) to dismiss be granted in part and denied in

part.  The defendants have filed objections (doc. 52) to the report and

recommendation, and the plaintiff has replied (doc. 55) to those objections.

      Having reviewed the record in light of the parties' submissions, the court

finds that the magistrate judge's second report and recommendation should be

adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's second report and recommendation (doc. 51) is ADOPTED and incorporated by reference into this order.

2.  The defendants' motion to dismiss (doc. 45) is GRANTED as to the plaintiff's First Amendment claim.  The motion is otherwise DENIED.

3.  The plaintiff's First Amendment claim is DISMISSED for failure to state a claim.

4.  The defendants shall have fourteen days to file an answer to the plaintiff's second amended complaint.

5.  The clerk shall remand the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   14th   day of    February   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE