UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILIP BAGLEY,

    Plaintiff,

v.                                                                            4:12cv611-WS/CAS

KENNETH S. TUCKER, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 95) docketed September 26, 2014.  The magistrate judge recommends that the plaintiff's notice of voluntary dismissal be accepted, with the proviso that the dismissal be with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B), which provides that "if the plaintiff previously dismissed any federal—or state—court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

The court having reviewed the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 95) is

ADOPTED and incorporated into this order by reference.

    2.  The plaintiff's notice of voluntary dismissal" (doc. 94) is ACCEPTED.

    3.  The clerk shall enter judgment stating: "All claims are DISMISSED WITH PREJUDICE."

    DONE AND ORDERED this    31st    day of    October   , 2014.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE